762

Commonwealth *v.* York, Appellant.

Submitted September 11, 1968. *John E. O'Connor,* for appellant; *Charles D. Lemmond, Jr.,* First Assistant District Attorney, and *Blythe H. Evans, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Eastcoast Equipment Company, Appellant, *v.* Maryland Casualty Company.

Argued September 14, 1968. *Harry Norman Ball,* with him *Carl K. Zucker,* for appellant; *John F. Penrose,* with him *Swartz, Campbell & Detweiler,* for appellee.

Order affirmed.

WATKINS and HANNUM, JJ., absent.

I. Tarlow and Sons, Appellant, *v.* Maxwell J. Duskin Agency.

Argued September 10, 1968. *Charles Jay Bogdanoff,* with him *Albert C. Gekoski,* for appellant; *I. Raymond Kremer,* with him *Marvin D. Weintraub, Ellis Cook,* and *Kremer, Krimsky & Luterman,* for appellees.

Order affirmed.

SPAULDING, J., absent.